UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORY CISSE,

Plaintiff,

v.

CHARTER TOWNSHIP OF
WEST BLOOMFIELD, et al.,

Defendants.

Case No. 26-cv-10663
Honorable Matthew F. Leitman
Magistrate Judge Elizabeth A. Stafford

**ORDER DENYING PLAINTIFF'S MOTION
TO STAY PROCEEDINGS AS TO COUNT V
(ECF NO. 3)**

Plaintiff Mory Cisse brings this action against Defendant Charter Township of West Bloomfield and six law enforcement officers, asserting eight claims stemming from an allegedly unlawful entry into Cisse's apartment and the use of excessive force.  ECF No. 1.  The Honorable Matthew F. Leitman referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 17.

On the same day he filed his Complaint, Cisse filed a motion to stay proceedings as to Count V only, which is a claim that defendants unlawfully entered Cisse's home in violation of the Fourth Amendment.  ECF No. 3.

Cisse says that staying Count V will promote judicial economy because he has an ongoing state criminal appeal that "may address issues" related to that count.  *Id.*, PageID.71.

The Court has broad discretion to control its docket and it believes the most efficient way to proceed in this action is to **DENY** Cisse's Motion to stay the case as to Count V and to allow all counts to proceed together. Cisse's motion to stay proceedings as to Count V (ECF No. 3) is therefore **DENIED**.

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

Dated: June 12, 2026

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 12, 2026.

s/Caitlin Shrum
CAITLIN SHRUM
Case Manager