UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MORY CISSE,

Plaintiff,

v.

CHARTER TOWNSHIP OF
BLOOMFIELD, *et al.*,

Defendants.

Case No. 26-cv-10663
Honorable Matthew F. Leitman
Magistrate Judge Elizabeth A. Stafford

## ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE
## TO BECOME AN ELECTRONIC FILER (ECF NO. 27)

Pro se Plaintiff Mory Cisse brings this action against Defendant Charter Township of Bloomfield and six law enforcement officers, asserting eight claims stemming from an allegedly unlawful entry into Cisse's apartment and the use of excessive force.  ECF No. 1.  The Honorable Matthew F. Leitman referred the case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1).  ECF No. 17.

Cisse moves this Court for an order granting him leave to become an electronic filer.  ECF No. 27.  Cisse states that he maintains an active PACER account and is capable of complying with all applicable rules related to electronic case filing.  Leave of court, however, is not needed to

become an e-filer.  Parties are instead required to apply for admission and/or permission to e-file through the PACER website.  Thus, plaintiff's motion (ECF No. 27) is **DENIED**.  Instructions as to how non-attorney (pro se) parties may become electronic filers can be found on the United States District Court for the Eastern District of Michigan's public website at https://www.mied.uscourts.gov/PDFFiles/ProSeEfileReqInstructionsPACER -1.pdf.

     **IT IS SO ORDERED.**

         s/Elizabeth A. Stafford
         ELIZABETH A. STAFFORD
         United States Magistrate Judge

Dated: July 28, 2026

## **NOTICE TO PARTIES ABOUT OBJECTIONS**

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 28, 2026.

<u>s/Caitlin Shrum</u>
CAITLIN SHRUM
Case Manager